|  |  |
|---|---|
| **FROM:**<br>Andrew Turley<br>Phoenix Valuations<br>6340 East Mitchell Drive<br>Scottsdale, AZ 85251<br><br>Telephone Number: 602.410.0206     Fax Number: 480.275.7509 | # INVOICE |

| INVOICE NUMBER |
|---|
| A09-161 |
| **DATE** |
| 2/22/2009 |
| **REFERENCE** |
| **Internal Order #:** |
| **Lender Case #:** |
| **Client File #:** |
| **Main File # on form:**  A09-161 |
| **Other File # on form:** |
| **Federal Tax ID:**  81-0662610 |
| **Employer ID:** |

**TO:**
Judy & John Morin

Telephone Number:     Fax Number:
Alternate Number:     E-Mail:

MAKE CHECKS PAYABLE TO Phoenix Valuations, LLC
PLEASE MAIL CHECKS TO 6340 East Mitchell Drive, Scottsdale, AZ 85251
Please include a copy of this invoice with your payment or we cannot guarantee payment will be applied to this order.
Payments are due within 30 days of the invoice date. Late payments will be assessed a fee of $25.

## DESCRIPTION

**Lender:** Judy & John Morin                              **Client:** Judy & John Morin
**Purchaser/Borrower:** N/A
**Property Address:** 18229 West Maui Lane
**City:** Surprise
**County:** Maricopa                    **State:** AZ             **Zip:** 85388
**Legal Description:** SIERRA MONTANA PARCEL 2 MCR 634-22 LOT 15

| FEES | AMOUNT |
|---|---:|
| General Purpose Appraisal | 133.00 |
| **SUBTOTAL** | 133.00 |

| PAYMENTS | AMOUNT |
|---|---:|
| Check #:   Date: 2/22/2009   Description: Credit card payment | 133.00 |
| Check #:   Date:   Description: |  |
| Check #:   Date:   Description: |  |
| **SUBTOTAL** | 133.00 |
| **MAKE CHECKS PAYABLE TO Phoenix Valuations, LLC**     **TOTAL DUE**  $ | 0 |

Phoenix Valuations
Form NIV3 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: A09-161

## SUBJECT
- Property Address: 18229 West Maui Lane
- City: Surprise
- State: AZ
- Zip Code: 85388
- County: Maricopa
- Legal Description: SIERRA MONTANA PARCEL 2 MCR 634-22 LOT 15
- Assessor's Parcel #: 50203470
- Tax Year: 2008
- R.E. Taxes: $1,517.70
- Special Assessments: $ None
- Borrower (if applicable): N/A
- Current Owner of Record: John Morin
- Occupant: ☐ Owner ☒ Tenant ☐ Vacant ☐ Manufactured Housing
- Project Type: ☒ PUD ☐ Condominium ☐ Cooperative ☐ Other (describe)
- HOA: $37.33 ☐ per year ☒ per month
- Market Area Name: Sierra Montana subdivision
- Map Reference: 38060
- Census Tract: 0610.07

## ASSIGNMENT
- The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)
- This report reflects the following value (if not Current, see comments): ☒ Current (the Inspection Date is the Effective Date) ☐ Retrospective ☐ Prospective
- Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach (See Reconciliation Comments and Scope of Work)
- Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)
- Intended Use: The intended use of this appraisal report is for the named intended User/Client to evaluate the property that is the subject of fair market value.
- Intended User(s) (by name or type): This report is intended for use only by the named Client.
- Client: Judy & John Morin Address: 18554 West Beryl Court, Waddell, AZ 85355
- Appraiser: Joseph A. Turley Address: 6340 East Mitchell Drive, Scottsdale, AZ 85251

## MARKET AREA DESCRIPTION

| | | | | Predominant Occupancy | One-Unit Housing PRICE $(000) | AGE (yrs) | Present Land Use | | Change in Land Use | |
|---|---|---|---|---|---|---|---|---|---|---|
| Location: | ☐ Urban | ☒ Suburban | ☐ Rural | | | | One-Unit | 22% | ☒ Not Likely | |
| Built up: | ☐ Over 75% | ☒ 25-75% | ☐ Under 25% | | | | 2-4 Unit | 0% | ☐ Likely * | ☐ In Process * |
| Growth rate: | ☐ Rapid | ☐ Stable | ☒ Slow | ☒ Owner 75 | 129 | Low 3 | Multi-Unit | 0% | * To: | |
| Property values: | ☐ Increasing | ☐ Stable | ☒ Declining | ☒ Tenant 10 | 176 | High 6 | Comm'l | 8% | | |
| Demand/supply: | ☐ Shortage | ☐ In Balance | ☒ Over Supply | ☐ Vacant (0-5%) | 151 | Pred 4-5 | Other | 70% | | |
| Marketing time: | ☒ Under 3 Mos. | ☐ 3-6 Mos. | ☐ Over 6 Mos. | ☒ Vacant (>5%) | | | | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): See attached addenda.

## SITE DESCRIPTION

- Dimensions: Irregular, see plat map
- Site Area: 8,520 SF tax
- Zoning Classification: PAD (Planned Area Development)
- Description: Single Family Residential
- Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning
- Are CC&Rs applicable? ☒ Yes ☐ No ☐ Unknown Have the documents been reviewed? ☐ Yes ☒ No Ground Rent (if applicable) $ /
- Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain)
- Actual Use as of Effective Date: Single Family Residential - Improved Use as appraised in this report: Single Family Residential - Improved
- Summary of Highest & Best Use: The subject's improvements and site meet highest and best use requirements and standards as such: legally allowable, physically possible, financially feasible, and maximally productive.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | Topography | Level |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | SRP-APS/Public | Street | Asphalt | ☒ | ☐ | Size | Standard |
| Gas | ☒ | ☐ | SW Gas/Public | Curb/Gutter | Concrete | ☒ | ☐ | Shape | Irregular |
| Water | ☒ | ☐ | City/Public | Sidewalk | Concrete | ☒ | ☐ | Drainage | Appears Adequate |
| Sanitary Sewer | ☒ | ☐ | City/Public | Street Lights | Typical lights | ☒ | ☐ | View | Residential/Average |
| Storm Sewer | ☐ | ☐ | None (typical) | Alley | None (typical) | ☐ | ☐ | | |

- Other site elements: ☐ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☒ Underground Utilities ☐ Other (describe)
- FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No FEMA Flood Zone X500 FEMA Map # 04013C1580H FEMA Map Date 9/30/2005
- Site Comments: No apparent evidence of adverse environmental conditions on the subject proeprty.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement ☒ None | | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | | Type | FAU |
| # of Stories | 1 | Exterior Walls | Stucco-Frame | Crawl Space | None | % Finished | | Fuel | Gas |
| Type ☒ Det. ☐ Att. ☐ | | Roof Surface | ConcreteTile | Basement | None | Ceiling | | Cooling | |
| Design (Style) | Contemporary | Gutters & Dwnspts. | Adequate Ovrhn | Sump Pump ☐ | | Walls | | Central | FAU |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | Dual Pane Wind | Dampness ☐ | | Floor | | Other | |
| Actual Age (Yrs.) | 4 | Storm/Screens | Partial Bug Scrn | Settlement | N/A | Outside Entry | | | |
| Effective Age (Yrs.) | 2 | | | Infestation | N/A | | | | |

| Interior Description | | Appliances | | Attic ☐ None | | Amenities | | Car Storage ☐ None | |
|---|---|---|---|---|---|---|---|---|---|
| Floors | Travertine-Carpet/Gd | Refrigerator ☒P | | Stairs ☒ | | Fireplace(s) # 1 | Woodstove(s) # | Garage # of cars ( 4 Tot.) | |
| Walls | Drywall/Good | Range/Oven ☒ | | Drop Stair ☐ | | Patio | Covered/Open | Attach. | 2 |
| Trim/Finish | PaintedCase-Trim/Gd | Disposal ☒ | | Scuttle ☒ | | Deck | | Detach. | |
| Bath Floor | Travertine/Good | Dishwasher ☒ | | Doorway ☐ | | Porch | Covered | Blt.-In | |
| Bath Wainscot | Fiberglass/Good | Fan/Hood ☒ | | Floor ☐ | | Fence | Block | Carport | |
| Doors | RaisedPanel/Good | Microwave ☒ | | Heated ☐ | | Pool | | Driveway | 2 |
| | | Washer/Dryer ☒P | | Finished ☐ | | | | Surface | Concrete |

- Finished area above grade contains: 9 Rooms 4 Bedrooms 2 Bath(s) 2,193 Square Feet of Gross Living Area Above Grade
- Additional features: Travertine flooring t/o traffic areas and bathrooms, upgraded cabinetry, upgraded appliances, corian kitchen countertops, raised ceilings to 9', ceiling fans, recessed lighting, front and rear landscaping.
- Describe the condition of the property (including physical, functional and external obsolescence): No functional nor external inadequacies are apparent. All components are assumed to be in adequate condition. No apparent significant repairs are needed and remodeling is not needed. The subject is in typical condition, of similar quality, and has typical upgrades for its market.

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: A09-161

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s): County Records

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: Subject's 3 year sales and 1 year listing history have been noted. Subject was recently previously lastly listed at $269,000 for approximately 63 days until 4/30/2008 the listing was cancelled. |
|---|---|
| Date: No market sales | |
| Price: in last 3 years | |
| Source(s): County records | |
| 2nd Prior Subject Sale/Transfer | |
| Date: No market sales | |
| Price: in last 3 years | |
| Source(s): County records | |

## SALES COMPARISON APPROACH TO VALUE (if developed)
☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 18229 West Maui Lane, Surprise, AZ 85388 | 17840 West Hearn Road, Surprise, AZ 85388 | | 17645 West Caribbean Lane, Surprise, AZ 85388 | | 18205 West Maui Lane, Surprise, AZ 85388 | |
| Proximity to Subject | | 0.88 miles SE | | 0.91 miles E | | 0.01 miles | |
| Sale Price | $ n/a | $ 160,000 | | $ 155,000 | | $ 145,000 | |
| Sale Price/GLA | $ n/a /sq.ft. | $ 72.23 /sq.ft. | | $ 74.13 /sq.ft. | | $ 72.39 /sq.ft. | |
| Data Source(s) | Tax file/Inspection | MLS/Tax records APN 50288512 | | MLS/Tax records APN 50288121 | | MLS/Tax records APN 50203474 | |
| Verification Source(s) | Inspection | MLS / Docket # 09-87830 | | MLS / Docket # 09-48516 | | MLS / Docket # 08-1082976 | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing Concessions | n/a / n/a | None noted / VA loan | | 4650 (3%) / FHA loan | | None noted / FNMA loan | |
| Date of Sale/Time | n/a | 2/3/2009 8 DOM | | 1/21/2009 110 DOM -4% | -6,000 | 12/23/2008 94 DOM -8% | -12,000 |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Average | Average | | Average | | Average | |
| Site | 8,520 SF tax | 6380 SF tax | +2,000 | 5830 SF tax | +3,000 | 8523 SF tax | |
| View | Residential/Average | Residential/Average | | Residential/Average | | Greenbelt/Good | -3,000 |
| Design (Style) | Contemporary | Contemporary | | Contemporary | | Contemporary | |
| Quality of Construction | Average | Average | | Average | | Average | |
| Age | 4 | 5 | +1,000 | 4 | | 6 | +2,000 |
| Condition | Good | Good | | Good | | Good | |
| Above Grade Room Count | Total 9 / Bdrms 4 / Baths 2 | Total 8 / Bdrms 3 / Baths 2 | | Total 7 / Bdrms 3 / Baths 2 | | Total 7 / Bdrms 4 / Baths 2 | |
| Gross Living Area | 2,193 sq.ft. | 2,215 sq.ft. | 0 | 2,091 sq.ft. | +4,000 | 2,003 sq.ft. | +8,000 |
| Basement & Finished Rooms Below Grade | None / n/a | None / n/a | | None / n/a | | None / n/a | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | FAU/Central | FAU/Central | | FAU/Central | | FAU/Central | |
| Energy Efficient Items | Dual Pane Windows | Dual Pane Windows | | Dual Pane Windows | | Dual Pane Windows | |
| Garage/Carport | 2 Car Garage | 3 Car Garage | -6,000 | 2 Car Garage | | 2 Car Garage | |
| Porch/Patio/Deck | Covered/Open | Covered/Open | | Covered/Open | | Covered/Open | |
| Upgrades | Very Good | Very Good | | Very Good | | Good | +5,000 |
| Pool/Landscaping/Fencing | Landscaping | Pool/Landscape | -10,000 | Pool/Landscape | -10,000 | Landscaping | |
| Fireplaces/BBQs/etc. | Fireplace | None | +2,000 | None | +2,000 | None | +2,000 |
| Net Adjustment (Total) | | ☐ + ☒ - $ -11,000 | | ☐ + ☒ - $ -7,000 | | ☒ + ☐ - $ 2,000 | |
| Adjusted Sale Price of Comparables | | Net 6.9 % / Gross 13.1 % $ 149,000 | | Net 4.5 % / Gross 16.1 % $ 148,000 | | Net 1.4 % / Gross 22.1 % $ 147,000 | |

Summary of Sales Comparison Approach: The comparables selected are good comparables that bracket significant aspects of the subject and require minimal adjustments. Most adjustments made are self-explanatory and require no comment. Most weight was distributed to Comp 1 for its least % gross adjustments and for its most recent closed sale. Comps 2,3 warranted negative time adjustments due to the defined market's declining values status; see Market Conditions Addenda. The most comparable data was used. It should be noted that it appears all comparables sales utilized were arm's length transactions per ARMLS and County Records. All sales are from the subject's subdivision (Sierra Montana) and are very similar in quality and appeal to the subject.

Indicated Value by Sales Comparison Approach $ 148,000

**GP RESIDENTIAL**

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE
3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: A09-161

## COST APPROACH
**COST APPROACH TO VALUE (if developed)** ☒ The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE | =$ |
|---|---|---|
| Source of cost data: | DWELLING Sq.Ft. @ $ | =$ |
| Quality rating from cost service: Effective date of cost data: | Sq.Ft. @ $ | =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | Sq.Ft. @ $ | =$ |
| | | =$ |
| | Garage/Carport Sq.Ft. @ $ | =$ |
| | Total Estimate of Cost-New | =$ |
| | Less Physical Functional External | |
| | Depreciation | =$( ) |
| | Depreciated Cost of Improvements | =$ |
| | "As-is" Value of Site Improvements | =$ |
| | | =$ |
| | | =$ |
| Estimated Remaining Economic Life (if required): Years | INDICATED VALUE BY COST APPROACH | =$ |

## INCOME APPROACH
**INCOME APPROACH TO VALUE (if developed)** ☒ The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM):

## PUD
**PROJECT INFORMATION FOR PUDs (if applicable)** ☒ The Subject is part of a Planned Unit Development.

Legal Name of Project: Sierra Montana

Describe common elements and recreational facilities: Off-sites, greenbelts

## RECONCILIATION
Indicated Value by: Sales Comparison Approach $ 148,000   Cost Approach (if developed) $   Income Approach (if developed) $

Final Reconciliation: Sales comparison analysis is given most weight. Income approach was not completed because it was not applicable.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, ☐ subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

☐ This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 148,000 , as of: February 19, 2009 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

## ATTACHMENTS
A true and complete copy of this report contains 15 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
- ☒ Scope of Work
- ☒ Limiting Cond./Certifications
- ☐ Narrative Addendum
- ☒ Photograph Addenda
- ☒ Sketch Addendum
- ☒ Map Addenda
- ☐ Additional Sales
- ☐ Cost Addendum
- ☐ Flood Addendum
- ☐ Manuf. House Addendum
- ☐ Hypothetical Conditions
- ☐ Extraordinary Assumptions
- ☒ Invoice

Client Contact: Judy Morin    Client Name: Judy & John Morin
E-Mail: rnroadrunner@cox.net    Address: 18554 West Beryl Court, Waddell, AZ 85355

## SIGNATURES
**APPRAISER**

Appraiser Name: Joseph A. Turley
Company: Phoenix Valuations, LLC
Phone: 602.410.0206    Fax: 480.275.7509
E-Mail: andrew@phoenixvaluations.com
Date of Report (Signature): 02/22/2009
License or Certification #: 21530    State: AZ
Designation: Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 3/31/2009
Inspection of Subject: ☒ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection: February 19, 2009

**SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)**

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: ☐ Interior & Exterior ☐ Exterior Only ☐ None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 — "WinTOTAL" appraisal software by a la mode, inc. — 1-800-ALAMODE    3/2007

# Supplemental Addendum

File No. A09-161

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 18229 West Maui Lane |
| City Surprise | County Maricopa   State AZ   Zip Code 85388 |
| Lender | Judy & John Morin |

**• GP Residential : Neighborhood - Market Conditions**

Subject's market defined as Sierra Montana subdivision, and further defined as average quality single-level PUD tract SFR's of 1900-2500 SF livable.

Single family housing profile noted above represents the subject's sub-market. This a partially developed market with in-fill residential development in progress. The area has close proximity to a fair level of supporting infrastructures. No adverse factors are apparent. Marketability is similar to surrounding areas. The subject conforms to its average quality tract SFR sub-market of this area.

Functional properties selling at or near list price within reasonable marketing times. Typical terms are conventional, assumed, or minimum down government financing. Financing rates are 6.25-7.75%. Market favors buyers. For the subject's sub-market, days-on-market averages 80-90. Final list prices are receiving approximately 96.9%%.

It appears there is an over-supply of listings based on the subject's defined market's closed sales history over the course of the last 6 months and 12 months respectively. An absorption analysis performed by the appraiser notes that current inventory exceeds 4-6 months of absorption which is widely viewed and accepted as an over-supply.

The likely reason for the declining values is a tightening of lending guidelines, an increase in foreclosures, and a rising inventory of active listings over the course of the last 6-12months. Over the course of the last 4 months the subject's defined market has declined approximately 12-20%.

**GP Residential : Scope Of Work**

Subject Property Identification: The appraiser has viewed all readily accessible areas of the dwelling (and any other building structure located on the property). This complete visual inspection is not intended to be the same depth of for the same purpose as a home inspection. The appraiser has viewed the property solely for valuation purposes and to observe property characteristics that a typical purchaser would consider in their decision making process, as well as those items outlined in the assumptions and limited conditions and certification to this appraisal.

Sources of Information: The appraisal is based on the information gathered from public records; viewing of the subject property, neighborhood and comparable properties; and other sources specifically identified in this report. When conflicting information has been discovered, the sources deemed most reliable have been used.

Intended Users / Intended Use: This report is intended for use only by the named Client/Lender on page 1 of the report. The intended use of this appraisal report is for the named intended user to evaluate the property that is the subject of fair market value as defined June 1993. Use of this report by others is not intended by the appraiser.

# Building Sketch

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 18229 West Maui Lane |
| City | Surprise  County Maricopa  State AZ  Zip Code 85388 |
| Lender | Judy & John Morin |



Sketch by Apex IV™

Comments:

### AREA CALCULATIONS SUMMARY

| Code | Description | Net Size | Net Totals |
|---|---|---|---|
| GLA1 | First Floor | 2192.7 | 2192.7 |
| P/P | Covered Patio | 154.0 | 154.0 |
| GAR | Garage | 451.7 | 451.7 |

Net LIVABLE Area  (Rounded)  2193

### LIVING AREA BREAKDOWN

| Breakdown | | | Subtotals |
|---|---|---|---|
| First Floor | | | |
| | 6.3 x | 12.5 | 78.7 |
| | 2.5 x | 7.4 | 18.8 |
| 0.5 x | 2.5 x | 2.5 | 3.2 |
| 0.5 x | 2.5 x | 2.5 | 3.2 |
| | 12.2 x | 14.8 | 180.6 |
| 0.5 x | 3.0 x | 3.0 | 4.6 |
| | 6.5 x | 33.1 | 216.5 |
| | 29.7 x | 36.1 | 1073.4 |
| | 19.9 x | 28.9 | 575.1 |
| | 2.6 x | 14.8 | 38.5 |

10 Items  (Rounded)  2193

# Subject Photo Page

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 18229 West Maui Lane |
| City | Surprise |
| County | Maricopa |
| State | AZ |
| Zip Code | 85388 |
| Lender | Judy & John Morin |



## Subject Front

18229 West Maui Lane
Sales Price   n/a
Gross Living Area   2,193
Total Rooms   9
Total Bedrooms   4
Total Bathrooms   2
Location   Average
View   Residential/Average
Site   8,520 SF tax
Quality   Average
Age   4



## Subject Rear



## Subject Street

## Photograph Addendum

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 18229 West Maui Lane | | | | |
| City | Surprise | County | Maricopa | State AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | | |



KITCHEN



KITCHEN



DEN



LIVING ROOM



FAMILY ROOM



DINING ROOM

## Photograph Addendum

| Borrower/Client | N/A | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 18229 West Maui Lane | | | | | |
| City | Surprise | County | Maricopa | State | AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | | | |



MASTER BEDROOM



MASTER BATH



MASTER BATH



MASTER BATH



BEDROOM



BEDROOM

## Photograph Addendum

| Borrower/Client | N/A | | | |
|---|---|---|---|---|
| Property Address | 18229 West Maui Lane | | | |
| City | Surprise | County Maricopa | State AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | |



BEDROOM



HALL BATH



HALL BATH



BEDROOM

## Comparable Photo Page

| | | | | |
|---|---|---|---|---|
| Borrower/Client | N/A | | | |
| Property Address | 18229 West Maui Lane | | | |
| City | Surprise | County Maricopa | State AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | |



### Comparable 1
17840 West Hearn Road
Prox. to Subject 0.88 miles SE
Sales Price 160,000
Gross Living Area 2,215
Total Rooms 8
Total Bedrooms 3
Total Bathrooms 2
Location Average
View Residential/Average
Site 6380 SF tax
Quality Average
Age 5



### Comparable 2
17645 West Caribbean Lane
Prox. to Subject 0.91 miles E
Sales Price 155,000
Gross Living Area 2,091
Total Rooms 7
Total Bedrooms 3
Total Bathrooms 2
Location Average
View Residential/Average
Site 5830 SF tax
Quality Average
Age 4

### Comparable 3
18205 West Maui Lane
Prox. to Subject 0.01 miles
Sales Price 145,000
Gross Living Area 2,003
Total Rooms 7
Total Bedrooms 4
Total Bathrooms 2
Location Average
View Greenbelt/Good
Site 8523 SF tax
Quality Average
Age 6

# Location Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 18229 West Maui Lane | | | | |
| City | Surprise | County | Maricopa | State AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | | |



# Plat Map

| | |
|---|---|
| Borrower/Client | N/A |
| Property Address | 18229 West Maui Lane |
| City | Surprise |
| County | Maricopa |
| State | AZ |
| Zip Code | 85388 |
| Lender | Judy & John Morin |



## Plat Map

| Borrower/Client | N/A | | | | |
|---|---|---|---|---|---|
| Property Address | 18229 West Maui Lane | | | | |
| City | Surprise | County | Maricopa | State AZ | Zip Code 85388 |
| Lender | Judy & John Morin | | | | |



| | |
|---|---|
| Borrower/Client  N/A | File No. A09-161 |
| Property Address  18229 West Maui Lane | |
| City  Surprise    County  Maricopa | State  AZ    Zip Code  85388 |
| Lender  Judy & John Morin | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ Self Contained     (A written report prepared under Standards Rule 2-2(a), persuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Summary            (A written report prepared under Standards Rule 2-2(b), persuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Use     (A written report prepared under Standards Rule 2-2(c), persuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

· The statements of fact contained in this report are true and correct.
· The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
· I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
· I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
· My engagement in this assignment was not contingent upon developing or reporting predetermined results.
· My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
· My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
· I have (or have not) made a personal inspection of the property that is the subject of this report.
· No one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report.)

## Comments on Appraisal and Report Identification
Note any USPAP related issues requiring disclosure and any State mandated requirements:

**APPRAISER:**

Signature: _(signed)_
Name: Joseph A. Turley
Date Signed: 02/22/2009
State Certification #: 21530
or State License #:
State: AZ
Expiration Date of Certification or License: 3/31/2009

Effective Date of Appraisal:  February 19, 2009

**SUPERVISORY APPRAISER (only if required):**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
☐ Did Not   ☐ Exterior-only from street   ☐ Interior and Exterior