# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

### *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Judy Ables-Morin | | |
| **Case Number:** | 2:09-bk-04062-SSC | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 13, 2009 01:30 PM   7TH FLOOR #701 | | |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY | | |
| **Courtroom Clerk:** | WANDA GARBERICK | | |
| **Reporter / ECR:** | ANDAMO PURVIS | | |

### *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.

**R / M #:**   26 / 0

### *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR CITIMORTGAGE, INC.

### *Proceedings:*

Mr. McDonald asked the court to continue this matter for two weeks.

COURT: IT IS ORDERED CONTINUING THIS HEARING TO OCTOBER 28, 2009 AT 10:00 A.M. COUNSEL IS DIRECTED TO NOTIFY ALL INTERESTED PARTIES OF THE CONTINUED HEARING DATE AND TIME.