# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | Judy Ables-Morin |
| **Case Number:** | 2:09-bk-04062-SSC  **Chapter:** 11 |
| **Date / Time / Room:** | TUESDAY, DECEMBER 22, 2009 11:00 AM   7TH FLOOR #701 |
| **Bankruptcy Judge:** | SARAH SHARER CURLEY |
| **Courtroom Clerk:** | WANDA GARBERICK |
| **Reporter / ECR:** | ANDAMO PURVIS |

## Matters:

1) HEARING ON CONFIRMATION OF DEBTOR'S PLAN
   **R / M #:** 52 / 0

2) CONTINUED PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY CITIMORTGAGE, INC.
   **R / M #:** 26 / 0

## Appearances:

LAWRENCE D. HIRSCH, ATTORNEY FOR JUDY ABLES-MORIN
LEONARD J. MCDONALD, ATTORNEY FOR CITIMORTGAGE, INC.
JEREMY GOODMAN, ATTORNEY FOR ARIZONA CREDIT UNION

## Proceedings:

Mr. Hirsch states that he noticed to plan out. Mr. McDonald states that he has no objection to continuing these matters as parties are working toward settlement.

COURT: IT IS ORDERED CONTINUING THESE MATTERS TO JANUARY 21, 2010 AT 10:00 A.M. IT IS FURTHER ORDERED THAT THE VOTES SHALL BE DUE BY JANUARY 15, 2010, AND THE BALLOT REPORT SHALL BE FILED BY JANUARY 18, 2010.